UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROPSF, LLC, | CASE NO. C17-5443 MJP |
| Plaintiff, | ORDER TRANSFERRING CASE |
| v. | |
| ARMSTRONG MARINE, INC., | |
| Defendant. | |

The parties involved in the above-entitled action are already taking part in an admiralty action in the United States District Court for the Northern District of California, Oakland Division (3:17-cv-03898-VC), and three of the four vessels at issue operate exclusively in the San Francisco Bay Area.

In light of:

(1) the near identity of the parties in both suits;

 (2) the fact that both actions involve vessels that are the subject of purchase and sale agreements executed in the Northern District of California by Defendant (as seller) and Plaintiff (as buyer), with James Jaber as guarantor;

 (3) the fact that Plaintiff is headquartered and operates out of the Northern District of California;

 (4) the fact that three of the four vessels are operating exclusively in the San Francisco Bay Area; and

 (5) the fact that the vast majority of the percipient witnesses to the facts at issue are located in the Northern District of California;

judicial economy and the interests of justice dictate that the matter be transferred to that district.

Wherefore,

 IT IS ORDERED that this matter is transferred to the Northern District of California for all further proceedings.

 The clerk is ordered to provide copies of this order to all counsel.

Dated: October 26, 2017.

          *Marsha J. Pechman*
          United States District Judge